FILED
2014 MAR 28 AM 10: 19
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ KL
         DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TEXAS MUTUAL INSURANCE COMPANY § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> INTEGRATED CLAIMS SYSTEMS, LLC, § <br> § <br> Defendant. § | CIVIL ACTION NO. 1:13-cv-1070-LY <br> JURY DEMANDED |

## SCHEDULING ORDER

On the March 17, 2014, the Court called the above-styled case for a scheduling conference and the parties appeared through counsel. At the conference, the parties and the Court agreed to a procedure and schedule through claim construction, and the Court ordered that the stay in the case be lifted. The Court therefore renders this order to govern this case, pending further orders of the court. This order is rendered pursuant to the Local Rules of the United States District Court for the Western District of Texas, *see* W.D. Tex. Civ. R. CV-1(e), and the court's general power to establish and enforce a schedule in cases before it, *see* Fed. R. Civ. P. 26-37. If a provision of this order is in conflict with a provision of any rule, this order shall take precedence.

IT IS ORDERED that the following schedule shall govern this case, pending further orders of this Court:

1. The parties may at once commence claims-construction discovery. All claims-construction discovery shall be scheduled in such a manner that the discovery shall be completed by **August 1, 2014**. No discovery shall be conducted after August 1, 2014, without leave of court.

2. On or before **March 31, 2014**, Integrated Claims Systems, LLC ("ICS") shall file and serve its answer to Texas Mutual Insurance Company's amended complaint, any motion to dismiss pursuant to F.R.C.P. 12(b), and any motion to transfer venue.

3. On or before **April 14, 2014**, Texas Mutual shall file its response to any such motions to dismiss or transfer venue.

4. On or before **April 28, 2014**, ICS shall file any replies in support of any such motions to dismiss or transfer venue.

5. A hearing on any such motions to dismiss or transfer venue is set at **1:30 p.m., May 2, 2014**, United States Courthouse, Courtroom 7, 501 West Fifth Street, Austin, Texas.

6. On **May 12, 2014**, ICS shall serve its disclosure of all claims that ICS asserts are infringed by Texas Mutual for each patent-in-suit that is not subject to a pending motion to dismiss for lack of personal or subject matter jurisdiction at that time. To the extent the Court denies ICS's motion to dismiss for personal or subject matter jurisdiction after May 12, 2014, the parties shall meet and confer about a schedule for amending the disclosure of asserted claims, infringement contentions, and invalidity contentions.

7. All initial infringement contentions for any asserted claim disclosed according to Paragraph 6 shall be served on or before **May 23, 2014**.

8. All initial invalidity contentions for any asserted claim disclosed according to Paragraph 6 shall be served on or before **June 25, 2014**.

9. All parties shall identify to all other parties all claims the identifying party seeks the court to construe on or before **July 2, 2014**.

10. The parties shall exchange claim-construct statements on or before **July 16, 2014**.

11. The parties shall file a joint claim-construction statement on or before **July 23, 2014**. The statement shall include a claim-construction chart identifying for each term requiring construction: the patent(s) and asserted claim(s) in which the term appears, the language of the term, and each party's proposed construction for the term.

12. The parties shall file their opening claim-construction briefs on or before **August 18, 2014**.

13. The parties shall file their reply claim-construction briefs on or before **September 8, 2014**.

14. A patent tutorial to the Court is set at **9:00 a.m., September 2, 2014**, United States Courthouse, Courtroom 7, 501 West Fifth Street, Austin, Texas.

15. A claims-construction hearing is set at **10:00 a.m., September 19, 2014**, United States Courthouse, Courtroom 7, 501 West Fifth Street, Austin, Texas.

IT IS FINALLY ORDERED that, after the Court enters its *Markman* Order, the Court will enter a supplemental scheduling order that sets the trial date and other relevant dates, including dates for the parties to exchange opening and rebuttal expert reports on issues other than claim construction, such as issues of infringement, invalidity, and/or damages.

SIGNED this the 28th day of March, 2014.

HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE

Respectfully submitted:     March 26, 2014

| | |
|---|---|
| */s/ Price Ainsworth* | */s/ Edward A. Cavazos* |
| Price Ainsworth | Edward A. Cavazos (Texas Bar No. 00787223) |
| State Bar No. 00950300 | Alan Albright (Texas Bar No. 00973650) |
| LAW OFFICES OF PRICE AINSWORTH, P.C. | Brian Nash (Texas Bar No. 24051103) |
| 48 East Avenue | 111 Congress Ave, Suite 2300 |
| Austin, Texas 78701 | Austin, Texas 78701 |
| 512-474-6061 | Telephone: (512) 494-3633 |
| 512-472-9157 fax | Facsimile (800) 404-3970 |
| | Ed.Cavazos@bgllp.com |
| OF COUNSEL: | Alan.Albright@bgllp.com |
| | Brian.Nash@bgllp.com |
| John F. Ward | |
| jward@wardzinna.com | ***Attorneys for Texas Mutual Insurance Co.*** |
| David G. Lindenbaum | |
| dlindenbaum@wardzinna.com | |
| Patrick R. Colsher | |
| pcolsher@wardzinna.com | |
| **WARD & ZINNA, LLC** | |
| 382 Springfield Avenue | |
| Summit, New Jersey 07901 | |
| Tel: 908-277-3333 | |
| Fax: 908-277-6373 | |

***Attorneys for Integrated Claims Systems, LLC***