IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 MAR 10 PM 4:30
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| TEXAS MUTUAL INSURANCE, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A-13-CA-1070-LY |
| | § | |
| INTEGRATED CLAIMS SYSTEMS, LLC, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered action. On this date by separate order, the court dismissed with prejudice all claims and counterclaims asserted in this action between Plaintiff Texas Mutual Insurance Company and Defendant Integrated Claims Systems, LLC, and ordered that all costs, expenses, and attorney's fees are borne by the party that incurred them. As no disputes remain between the parties for resolution, the court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED**.

SIGNED this __10th__ day of March, 2015.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE